## Commonwealth *v.* Alston, Appellant.

Argued December 12, 1966. *Donald J. Goldberg,* for appellant; *Stephen W. Kline,* Assistant District Attorney, with him *Alan J. Davis,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, J., absent.